# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PIPER FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-18-1012-F |
| ) | |
| AMERICAN TRUCK TRAINING, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On November 20, 2019, the court entered an order (doc. no. 20) directing plaintiff, Piper Ford, to secure an entry of appearance by new counsel or enter an appearance *pro se* on or before December 19, 2019. The court advised that failure to comply may result in an order from the court as is just, which may include a dismissal of plaintiff's action against defendant, American Truck Training, Inc., without prejudice.

The record reflects that plaintiff has not complied with the court's order. It appears plaintiff has no intention of prosecuting his action. Therefore, the court concludes that plaintiff's action against defendant, American Truck Training, Inc., should be dismissed without prejudice pursuant to Rule 41(b), Fed. R. Civ. P. *See*, Olsen v. Mapes, 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003) (district court may dismiss an action sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders).

Accordingly, plaintiff, Piper Ford's action against defendant, American Truck Training, Inc., is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b), Fed. R. Civ. P.  Judgment shall issue forthwith.

IT IS SO ORDERED this 20th day of December, 2019.

/s/ Stephen P. Friot
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-1012p007.docx